**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CRYPTOPEAK SOLUTIONS, LLC,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**NETFLIX, INC.,**<br><br>                    Defendant. | Case No. 2:15-cv-1299<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF CRYPTOPEAK SOLUTIONS, LLC'S RULE 7.1
DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff CryptoPeak Solutions, LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its membership interests.

Dated: July 21, 2015                            Respectfully submitted,


                                                 /s/ Craig Tadlock
                                                Craig Tadlock
                                                State Bar No. 00791766
                                                John J. Harvey, Jr.
                                                State Bar No. 09179770
                                                Keith Smiley
                                                State Bar No. 24067869
                                                **TADLOCK LAW FIRM PLLC**
                                                2701 Dallas Parkway, Suite 360
                                                Plano, Texas 75093
                                                903-730-6789
                                                craig@tadlocklawfirm.com
                                                john@tadlocklawfirm.com
                                                keith@tadlocklawfirm.com

                                                *Attorneys for Plaintiff, CryptoPeak Solutions, LLC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 21, 2015.

                                            */s/ Craig Tadlock*
                                            Craig Tadlock